```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

JOEL WILLIAM PITTS,              *

    Plaintiff,                  *

vs.                              *   CASE NO. 4:13-CV-141-CDL-MSH
                                                         42 U.S.C. § 1983
DR. OLAKUNLE AINA, *et al.*     *

    Defendants.                 *

_____

## ORDER

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on May 30, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Accordingly, Plaintiff's claims against Warden Washington, Nurse Cooper and Jane Doe "D.O.N. Nurse" are dismissed. Plaintiff's claims against Dr. Olakunle Aina remain pending.

IT IS SO ORDERED, this 25th day of June, 2013.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE